# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## JUDGMENT RENDERED JANUARY 31, 2023

## NO. 03-21-00053-CV

**Mary Louise Serafine, Appellant**

**v.**

**The Honorable Karin Crump, The Honorable Bob Pemberton,
The Honorable Melissa Goodwin, and The Honorable David Puryear, Appellees**

### APPEAL FROM THE 345TH DISTRICT COURT OF TRAVIS COUNTY
### BEFORE JUSTICES BAKER, KELLY, AND SMITH
### AFFIRMED IN PART; APPEAL DISMISSED IN PART FOR WANT OF JURISDICTION – OPINION BY JUSTICE KELLY

This is an appeal from interlocutory orders signed by the trial court on January 8, 2021. Having reviewed the record and the parties' arguments, the Court holds that there was no reversible error in the portion of the First Order finding appellant to be a vexatious litigant and ordering pre-filing relief or in the portion of the Second Order finding appellant to be a vexatious litigant and ordering pre-filing relief. Therefore, the Court affirms those portions of the trial court's interlocutory orders. The Court further holds that there were portions of those orders, and other orders, over which this Court has no interlocutory jurisdiction, and the Court dismisses the attempted appeal from those other interlocutory orders or portions of the interlocutory orders. Appellant shall pay all costs relating to this appeal, both in this Court and in the court below.